IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT REICHNER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MCAFEE, INC., | : | No. 11-6471 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **21ˢᵗ** day of **March, 2012**, upon consideration of Defendant's Motion to Compel Arbitration and Dismiss the Complaint, Plaintiff's response thereto, Defendant's reply thereon, and for the reasons stated in this Court's Memorandum dated March 21, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 4) is **GRANTED**.

2. The parties are **ORDERED** to arbitrate this dispute.

3. Plaintiff's Complaint is **DISMISSED without prejudice**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**